ABC Physical Therapy, P.C. v GEICO Ins. Co. (2020 NY Slip Op 51335(U))

[*1]

ABC Physical Therapy, P.C. v GEICO Ins. Co.

2020 NY Slip Op 51335(U) [69 Misc 3d 140(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2105 K C

ABC Physical Therapy, P.C., as Assignee of
Devalsaint, Chantale, Appellant, 
against
GEICO Ins. Co., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered September 5, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is modified by providing that the branch of defendant's motion
seeking summary judgment dismissing the first cause of action is denied; as so modified, the
order is affirmed, without costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint and denied plaintiff's cross motion for summary judgment.
For the reasons stated in NL Quality Med., P.C., as Assignee of Munno, Daniel v GEICO
Ins. Co. (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No. 2018-2283 K C], decided
herewith), the order is modified by providing that the branch of defendant's motion seeking
summary judgment dismissing the first cause of action is denied.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020